UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

B.A. VAN SISE,

                              Plaintiff,

                  - against -

TOWNSQUARE MEDIA, INC.,

                              Defendant,

---------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/13/2025

**ORDER**

24 Civ. 3836 (NSR)

Nelson S. Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before September 12, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court. The Clerk of Court is directed to cancel the status teleconference scheduled on October 22, 2025.

SO ORDERED.

Dated:      White Plains, New York
                August 13, 2025

                                                            Nelson S. Román, U.S.D.J.